IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANN MARIE DESOUZA,

   Plaintiff,

     v.

JP MORGAN CHASE HOME
LENDING DIVISION, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-117-TWT

**ORDER**

This is the fourth lawsuit filed by the pro se Plaintiff as a result of the Defendants' attempts to foreclose upon the property located at 1847 Scholar Drive, Lawrenceville, GA 30044. It is before the Court on the Report and Recommendation [Doc. 48] of the Magistrate Judge recommending granting the Defendant Chase's Motion to Dismiss [Doc. 45]. For the reasons set forth in the Report and Recommendation, this action is barred by res judicata. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant Chase's Motion to Dismiss [Doc. 45] is GRANTED. This action is DISMISSED with prejudice as to all Defendants. All other pending motions [Doc. 6, 13, 32, 39 & 40] are DENIED as moot. The Plaintiff is ordered to pay the full filing fee as to any

future lawsuits filed in any federal court arising out of attempts to foreclose upon the property located at 1847 Scholar Drive, Lawrenceville, GA 30044 and is ordered to post a cash bond in the amount of $10,000.00 to satisfy any award of Rule 11 sanctions in any such action filed in or removed to any federal court in the United States.

     SO ORDERED, this 30 day of September, 2014.

                                       /s/Thomas W. Thrash
                                       THOMAS W. THRASH, JR.
                                       United States District Judge